# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 20, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 21-6447,   <u>Jonathan Torres v. Nathan Ball</u>
              1:19-cv-00094-MR

TO:   Nathan Ball
      Timothy R. Taylor
      Dane R. Onderdonk

**BRIEF CORRECTION DUE:  January 25, 2023**

Please make the corrections identified below and file corrected paper briefs by the due date indicated.

[ x ] The paper copies of the response brief are insufficient.

  A. Cover Color is red.

  B. Brief Binding: Binding must be secure down full left side and must not obscure text. Acceptable bindings include spiral and perfect binding (no staples or clips).

Donna Lett, Deputy Clerk
804-916-2704